## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MICHAEL EDWARDS**                                   **CIVIL ACTION**

**VERSUS**                                                      **NO. 24-794**

**CERTAIN UNDERWRITERS AT**                  **SECTION "H"**
**LLOYD'S LONDON**

## ORDER

The Louisiana Supreme Court suspended Plaintiff Michael Edwards's co-counsel Jason F. Giles from the practice of law on an interim basis. *In re Giles*, 2024-B-1503 (La. 2025).

Pursuant to Louisiana Supreme Court Rule XIX, § 19.2(c), which requires an interimly suspended lawyer to comply with Section 26, this matter is hereby STAYED until Giles satisfies Louisiana Supreme Court Rule XIX, § 26. The Court will lift the stay at the request of the plaintiffs once it is assured that the plaintiffs' interests are adequately protected.

New Orleans, Louisiana, this 7th day of January, 2025.

_____

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**